THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY ALLEN, Respondent

Beldock, P. J., Christ and Nolan, JJ., concur; Rabin and Benjamin, JJ., dissent and vote to affirm the order. [50 Misc 2d 897.]